UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOSEPH HARTE,                                                                                    JUDGMENT
                                                                                                              10-CV- 3916 (RJD)
                            Plaintiff,

  -against-

WOODS HOLE OCEANOGRAPHIC
INSTITUTION,

                            Defendant.
------------------------------------------------------------------X

       A Memorandum and Order of Honorable Raymond J. Dearie, United States District Judge, having been filed on January 6, 2012, dismissing Plaintiff's claims under New York law with prejudice; and dismissing the claims under Massachusetts law without prejudice to Plaintiff's refiling such claims in a Massachusetts court of appropriate venue after satisfying any preconditions to suit; it is

       ORDERED and ADJUDGED that Plaintiff's claims under New York law are dismissed with prejudice; and that the claims under Massachusetts law are dismissed without prejudice to Plaintiff's refiling such claims in a Massachusetts court of appropriate venue after satisfying any preconditions to suit.

Dated: Brooklyn, New York
          January 09, 2012

                                                          s/ DCP
                                                    DOUGLAS C. PALMER
                                                    Clerk of Court